J. S12022/14

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| v. | : | No. 1064 EDA 2013 |
| | : | |
| JONATHAN WALKER | : | |

Appeal from the Order Entered March 15, 2013,
in the Court of Common Pleas of Philadelphia County
Criminal Division at No. CP-51-CR-0014255-2010

BEFORE:  FORD ELLIOTT, P.J.E., DONOHUE AND JENKINS, JJ.

DISSENTING MEMORANDUM STATEMENT BY FORD ELLIOTT, P.J.E.:
**FILED SEPTEMBER 26, 2014**

Because I don't believe the victim's medical records have any bearing on whether it was appellee's intent, by his actions, to cause serious bodily injury, I respectfully dissent.